DAVID J. PASTERNAK
State Court Appointed Receiver
1875 Century Park East, Suite 2200
Los Angeles, CA 90067-2523
Telephone:  310.553.1500
Facsimile:  310.553.1540
E-Mail:  djp@paslaw.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 01-017 DFL |
| Plaintiff, | Hon. David F. Levi |
| vs. | **STIPULATION TO MODIFY JUDGMENT IN A CRIMINAL CASE, AND [PROPOSED] ORDER** |
| GEORGE ELLIOT GRAYS, | |
| Defendant. | Courtroom 7 |

The People of the United States of America, defendant George Elliot Grays ("Grays"), and David J. Pasternak, State Court Appointed Receiver of the California Research and Assistance Fund ("CRAF") in the California case entitled *State of California v. 21st Century Insurance Company*, Los Angeles Superior Court Case No. BC 272 90221, hereby stipulate that this Court's Judgment in a Criminal Case imposed on July 15, 2004 (the "Judgment"), may be modified as follows:

The criminal monetary penalties in the Judgment should be modified to order that Grays must pay $263,000 restitution, jointly and severally with Brian K.

1  Thompson in Case No. CR-S 01-26, to David J. Pasternak,
2  Receiver of CRAF, at 1875 Century Park East, Suite 2200,
3  Los Angeles, CA 90067-2523, or to the entity listed as
4  final distributee in an Order of Dissolution of CRAF,
5  and not to the California Department of Insurance.

      SO STIPULATED.
Dated: 6-1-05                McGregor W. Scott
                             United States Attorney

                        By  /s/Patrick K. Hanly
                             PATRICK K. HANLY
                             Assistant U.S. Attorneys

Dated: 6-1-05                /s/William Portanova
                             WILLIAM PORTANOVA
                             Attorney for Defendant
                             GEORGE ELLIOT GRAYS

Dated: 5-26-05               /s/David J. Pasternak
                             DAVID J. PASTERNAK
                             State Court Appointed Receiver
                             of the California Research and
                             Assistance Fund

**ORDER**

      IT IS SO ORDERED.

                             Dated: 6/2/2005

                             _____
                             DAVID F. LEVI
                             United States District Judge